FILED

September 14 2006

*Ed Smith*
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 06-0632

FILED

SEP 1 4 2006

*Ed Smith*
CLERK OF THE SUPREME COURT
STATE OF MONTANA

| | |
|---|---|
| IN THE MATTER OF THE AMENDMENT ) | |
| OF THE MONTANA SUPREME COURT ) | ORDER |
| INTERNAL OPERATING RULES ) | |

Whereas this Court has determined to revise its internal operating procedures,

IT IS ORDERED that Section I(3)(a) is hereby amended to read as follows:

3. On the conference date the following procedure will be used in considering the cases set for conference:
    (a) Each case will be discussed by the justices assigned to that case. The first issue shall be oral argument. If three justices request oral argument, the case will be set for oral argument en banc, and no further discussion will be held on that case. If a justice would like to discuss assigning a case for oral argument prior to the conference for which the case is scheduled, the case shall be placed on the next appropriate classification conference agenda en banc for purposes of discussing oral argument of the case.

IT IS FURTHER ORDERED that Section VII(2) is hereby amended to read:

2. The Supreme Court shall generally hold a conference on Tuesday afternoon. At all conferences, oral argument cases without a submission date shall be given top priority. The chief justice shall prepare an agenda for each conference. The agenda for the Tuesday conference shall be distributed by the preceding Friday afternoon. In the event any justice is unable to attend a conference, if possible he or she shall advise the chief justice two days prior to the date of the conference. In addition the justice shall submit a written vote setting forth his or her decisions on matters to be discussed at the conference.

IT IS FURTHER ORDERED that this Order is effective immediately.

IT IS FURTHER ORDERED that this Clerk of this Court give notice hereof to the

Clerks of the District Courts; to the Clerk of the United States District Court of the District of

1

Montana; to the Clerk of the Ninth Circuit Court of Appeals; to Code Commissioner; to the Executive Director of the State Bar of Montana with the request that this Order be published in the next available issue of *The Montana Lawyer* and on the website of the State Bar of Montana; and to the State Law Librarian with the request that this Order be published on the State Law Library website.

DATED this 14th day of September, 2006.

_____
Chief Justice

_____

_____

_____

_____

_____
Justices

2